UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DUNKIN' DONUTS FRANCHISING LLC,

                        Plaintiff,

              v.

LAGUARDIA USA, LLC,

                        Defendant.

Case No. 12-CV-1699 (FB)(CLP)

----------------------------------------------------------------X

### STIPULATED ORDER OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, as follows:

1. This action is discontinued **with** prejudice.

2. Plaintiff's attorney shall electronically file this Stipulation with the Clerk of the Court.

Dated: New York, New York
       August **3**, 2012

MORRISON & FOERSTER LLP

By: _____
David J. Fioccola
Jessica Kaufman
1290 Avenue of the Americas
New York, New York 10104-0050
Phone: (212) 468-8000
Fax: (212) 468-7900
Email: dfioccola@mofo.com
Email: jkaufman@mofo.com

*Attorneys for Defendant LaGuardia USA, LLC*

SO ORDERED.

this **6** day of **August**, 2012

O'ROURKE & DEGEN, PLLC

By: _____
Ronald D. Degen
Scott G. Goldfinger
225 Broadway, Suite 715
New York, New York 10007
Phone: (212) 227-4530
Fax: (212) 385-9813
Email: rdegen@odlegal.com
Email: scottgoldfinger@odlegal.com

*Attorneys for Plaintiff Dunkin' Donuts Franchising LLC*

s/ Judge Frederic Block

_____
United States District Judge

**O'ROURKE & DEGEN, PLLC**
ATTORNEYS AT LAW
225 BROADWAY, SUITE 715
NEW YORK, NY 10007

212-227-4530

FAX 212-385-9813

RONALD D. DEGEN
rdegen@odlegal.com

SCOTT G. GOLDFINGER*
sgoldfinger@odlegal.com

* ALSO ADMITTED IN
NEW JERSEY

THOMAS H. O'ROURKE
1976 - 2005

August 3, 2012

Honorable Frederic Block
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

            Re:  *Dunkin' Donuts Franchising LLC
                 v. LaGuardia USA, LLC*
                 Case No. 12-CV-1699 (FB)(CLP)

Dear Judge Block:

    My office represents Plaintiff Dunkin' Donuts Franchising LLC in the above action. Enclosed you will find a Stipulated Order of Dismissal, which was filed electronically today. I request that Your Honor "So Order" it.

                               Very truly yours,
                               /s/ Ronald D. Degen
RDD:ip                     RONALD D. DEGEN
Enc.
cc: David J. Fioccola, Esq. (via e-mail)